# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| MELVIN EUGENE GREEN, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 48 D.C. Code § 1103(a) (2001 ed.) |
| | : | (Unlawful Possession of Drug Paraphernalia) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about December 12, 2016, within the District of Columbia, **MELVIN EUGENE GREEN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Virginia, Alexandria Circuit Court, Criminal Case No. CF0301115, did unlawfully and knowingly receive and possess firearms, namely, a Hi Point, 9mm semi-automatic pistol and a .22 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, namely, 9mm ammunition and .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about December 12, 2016, within the District of Columbia, **MELVIN EUGENE GREEN** did unlawfully, knowingly, and intentionally have in his possession drug paraphernalia, that is, 19 vials, an electronic scale, empty ziplocks, and six cellphones with the intent to use the said paraphernalia unlawfully to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inhale, ingest and otherwise introduce a controlled substance into the human body.

(**Unlawful Possession of Drug Paraphernalia**, in violation of Title 48, District of Columbia Code, Section 1103(a) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Hi Point, 9mm semi-automatic pistol, a .22 caliber revolver, 9mm caliber ammunition, and .22 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

>(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.